OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs.
 

 The presumption created by section 207-k of the General Municipal Law is rebuttable
 
 (Matter of Uniformed Firefighters Assn. v Beekman,
 
 52 NY2d 463, 472-473). The expert opinion of the Medical Board constituted competent evidence sufficient to rebut the presumption
 
 (Matter of Ferrigno v Board of Trustees of Police Pension Fund,
 
 48 NY2d 788) and it was for the Board of Trustees to determine whether that opinion or the one offered by the petitioner’s expert was to be credited.
 

 Chief Judge Cooke and Judges Jasen, Jones, Wacht-ler, Meyer, Simons and Kaye concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed, with costs, in a memorandum.